

*Friday, February 8, 2002*

## MEDIATION DOCKET

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

02–219. **Krejsa v. Delaware Cty. Bd. of Revision. Board of Tax Appeals No. 2000–B–886.**

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

01–1946. **State ex rel. Qiblawe v. Indus. Comm. Franklin App. No. 01AP–15.**

## MOTION DOCKET

01–1969. **State ex rel. Harp v. Indus. Comm.**
Franklin App. No. 00AP–1436. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motion for extension of time to file appellant's merit brief pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before February 19, 2002.